UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES ) <br> INTERNATION UNION NATIONAL ) <br> INDUSTRY PENSION FUND, et al ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> INDEPENDENT BUILDING ) <br> MAINTENANCE CO. ) <br> ) <br> Defendant. ) | 1:05CV01331 (RMU) |

**STIPULATION OF VOLUNTARY DISMISSAL**

The parties hereby stipulate that the above-captioned case shall be dismissed in its entirety with prejudice.

/s/ Eunice H. Washington
Eunice H. Washington
DC Bar No. 438477
SEIU Benefit Funds Legal Department
1313 L Street, N.W.
Washington, DC 20005
(202) 626-1440

Attorney for Plaintiffs

Dated: October 11, 2005